# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TERYL ANTION FOUNTAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-507 (MTT) |
| | ) |
| NANCY A BERRYHILL, *Acting Commissioner of Social Security*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends remanding the Plaintiff's case to the Commissioner for a reevaluation of the evidence. Doc. 17 at 1. Neither party has objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED**, this 15th day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT